Case 2:14-mc-00487-UA   Document 11   Filed 08/04/14   Page 1 of 1   Page ID #:54

**FILED**
CLERK, U.S. DISTRICT COURT

08/04/14

CENTRAL DISTRICT OF CALIFORNIA
BY: SB _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Tamara Favazza

PLAINTIFF(S),

v.

Path Media Holdings, LLC

DEFENDANT(S).

CV CASE NUMBER: 2:14-cv-06082 GHK

MC CASE NUMBER: 2:14-mc-00487-UA

☒ NOTICE OF NEW CASE NUMBER ASSIGNED
☒ NOTICE OF JUDGE ASSIGNMENT

To: All Counsel / Parties of Record:

☒ Case number  2:14-mc-00487-UA  is now numbered  2:14-cv-06082 GHK .

This action has been assigned:

☒ To Chief Judge   George H. King   .
☐ Randomly to Judge  _____   .

For all further proceedings and discovery, refer to Magistrate Judge _____ .

Clerk, U.S. District Court

08/04/14
Date

By  SBOURGEOIS
Deputy Clerk

CV-15 (04/14)                    NOTICE OF NEW CASE NUMBER / JUDGE ASSIGNMENT